UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH ROBB,,

                        Plaintiff,

    -against-                                       22 **CIVIL** 4301 (NSR)

                                                           **<u>JUDGMENT</u>**

JOSEPH BREWSTER, CITY OF
POUGHKEEPSIE POLICE DEPARTMENT
and CITY OF POUGHKEEPSIE,

                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 12, 2023, Defendants' motion to dismiss is GRANTED. All of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      May 12, 2023

                                                             **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                           **BY:**

                                                                   **Deputy Clerk**